## PEOPLE *v.* VAN MAREN.

ILLEGAL FISHING—COMPLAINT—EVIDENCE.

* Under a complaint for illegal fishing, charging the *locus* of the offense as in the Grand river, township of Grand Haven, county of Ottawa, it is competent to show that the offense was committed anywhere within the county.

Exceptions before judgment from Ottawa; Padgham, J. Submitted February 15, 1901. Decided February 27, 1901.

---

* Head-note by GRANT, J.

Peter Van Maren was convicted of illegal fishing. Affirmed.

Respondent was convicted in justice's court of fishing contrary to Act No. 111 of the Public Acts of 1889 (2 Comp. Laws 1897, § 5861 *et seq.*). The complaint charged the *locus* to be in the waters of the Grand river, in the township of Grand Haven, in the county of Ottawa. Two witnesses testified that they saw the respondent set the nets. The respondent introduced no testimony, except that of one witness to show that the *locus* was within the limits of the city of Grand Haven, and not in the township.

*Walter I. Lillie*, for appellant.

*P. H. McBride*, Prosecuting Attorney, for the people.

GRANT, J. (*after stating the facts*). Counsel for respondent requested the court to instruct the jury that if the fishing was done within the limits of the city of Grand Haven, and not within the township, they must acquit. This was refused, the court instructing them that it was sufficient to convict if the act was done within the county of Ottawa. The instruction was correct. *People* v. *Waller*, 70 Mich. 237 (38 N. W. 261).

We have examined the other points raised, and find no error. They are not of sufficient importance to require a written opinion.

The conviction is affirmed, and the court below directed to proceed to sentence.

The other Justices concurred.